IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael A. Thompson and Amber Thompson<br>    Debtors, | BANKRUPTCY CASE NUMBER<br>22-10333-TPA |
| Nationstar Mortgage LLC<br>    Movant.<br>v. | CHAPTER 13 |
| Michael A. Thompson and Amber Thompson<br>    Debtors/Respondents, | |
| Ronda J. Winnecour, Trustee<br>    Additional Respondent. | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Nationstar Mortgage LLC, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtors, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

                                            Respectfully submitted,

Dated: August 18, 2022                              BY:*/s/ Christopher A. DeNardo*

Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

LLG File #: 22-067638

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael A. Thompson and Amber Thompson<br>    Debtors, | BANKRUPTCY CASE NUMBER<br>22-10333-TPA |
| Nationstar Mortgage LLC<br>    Movant.<br>v.<br><br>Michael A. Thompson and Amber Thompson<br>    Debtors/Respondents,<br><br>Ronda J. Winnecour, Trustee<br>    Additional Respondent. | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

    I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 18th day of August, 2022:

Michael A. Thompson
3366 McConnell Road
Hermitage, PA 16148

Amber Thompson
3366 McConnell Road
Hermitage, PA 16148

Lauren M. Lamb, Steidl & Steinberg
707 Grant Street
28th Floor - Gulf Tower
Pittsburgh, PA 15219
llamb@steidl-steinberg.com - VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com - VIA ECF

      I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com