FILED
8/18/22 2:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael A. Thompson | ) | Case No. 22-10333 TPA |
| Amber Thompson | ) | Chapter 13 |
|    Debtors | ) | Document No. 10 |
| | ) | |
| Michael A. Thompson | ) | |
| Amber Thompson | ) | |
|    Movants | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| No respondents | ) | |

### ORDER OF COURT

AND NOW, to wit, this ____18th____ day of _____August_____, 2022, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtors are hereby granted an extension until September 1, 2022 to file the completed petition in this case. No further extensions will be granted.

_____
Thomas P. Agresti, Judge       jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 22-10333-TPA
Michael A. Thompson | Chapter 13
Amber Thompson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 2
Date Rcvd: Aug 18, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Thompson, Amber Thompson, 3366 McConnell Road, Hermitage, PA 16148-3214 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2022 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
     on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com

Lauren M. Lamb
     on behalf of Joint Debtor Amber Thompson
     julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lauren M. Lamb
     on behalf of Debtor Michael A. Thompson
     julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Aug 18, 2022 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
                cmecf@chapter13trusteewdpa.com

TOTAL: 5