| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | **Michael A. Thompson** | Social Security number or ITIN: | xxx-xx-9811 |
| | First Name   Middle Name   Last Name | EIN: __-_____ | |
| Debtor 2:<br>(Spouse, if filing) | **Amber Thompson** | Social Security number or ITIN: | xxx-xx-6760 |
| | First Name   Middle Name   Last Name | EIN: __-_____ | |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: | 13    8/4/22 |
| Case number: | **22-10333-TPA** | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael A. Thompson | Amber Thompson |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3366 McConnell Road<br>Hermitage, PA 16148 | 3366 McConnell Road<br>Hermitage, PA 16148 |
| 4. | **Debtor's attorney**<br>Name and address | Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor – Gulf Tower<br>Pittsburgh, PA 15219 | Contact phone 412-391-8000<br><br>Email:  llamb@steidl-steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412-471-5566<br><br>Email:  cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814-464-9740<br><br>Date: 8/19/22 |

For more information, see page 2

Debtor  **Michael A. Thompson**  and  **Amber Thompson**                                                    Case number **22–10333–TPA**

| 7. Meeting of creditors | **September 27, 2022 at 10:00 AM** | **Location:** |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |

| 8. Deadlines | **Deadline to file a complaint to challenge dischargeability of certain debts:** | **Filing deadline: 11/28/22** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file:** | |
| | • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or | |
| | • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 10/13/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/31/23** |
| | **Deadlines for filing proof of claim:** | |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | |

| 9. Filing of plan | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on: **9/27/22 at 10:00 AM** , Location: **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |
|---|---|
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                              Case No. 22-10333-TPA
Michael A. Thompson                                                                   Chapter 13
Amber Thompson
　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1 | User: auto | Page 1 of 4
Date Rcvd: Aug 19, 2022 | Form ID: 309I | Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Thompson, Amber Thompson, 3366 McConnell Road, Hermitage, PA 16148-3214 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15503555 | | Akron Children's Hospital, PO Box 1757, Akron, OH 44309-1757 |
| 15503557 | | Best Egg, Po Box 3999, Saint Joseph, MO 64503-0999 |
| 15503575 | + | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15503581 | + | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 15503594 | ++ | TEAM RECOVERY INC, PO BOX 1643, STOW OH 44224-0643 address filed with court:, Team Recovery, Inc, 3928 Clock Pointe Trail, Stow, OH 44224 |
| 15503597 | + | Team Recovery, Inc, Attn: Bankruptcy, Po Box 1643, Stowe, OH 44224-0643 |
| 15503601 | + | Wells Fargo/Furniture Marketing Group, Po Box 14517, Des Moines, IA 50306-3517 |
| 15503602 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 15503603 | + | Weltman Weinberg & Reis, 436 7th Ave., Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: llamb@steidl-steinberg.com | Aug 19 2022 23:49:00 | Lauren M. Lamb, Steidl & Steinberg, 707 Grant Street, 28th Floor - Gulf Tower, Pittsburgh, PA 15219 |
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | Aug 19 2022 23:49:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| smg | | EDI: PENNDEPTREV | Aug 20 2022 03:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 19 2022 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 20 2022 03:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 19 2022 23:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Aug 19 2022 23:49:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + | EDI: RECOVERYCORP.COM | Aug 20 2022 03:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15503553 | | Email/Text: Bankruptcy@absoluteresolutions.com | | |

District/off: 0315-1                     User: auto                                    Page 2 of 4
Date Rcvd: Aug 19, 2022                  Form ID: 309I                                 Total Noticed: 52

| | | Aug 19 2022 23:49:00 | Absolute Resolutions, 8000 Norman Center Dr, Bloomington, MN 55437 |
|---|---|---|---|
| 15503554 | Email/Text: Bankruptcy@absoluteresolutions.com | | |
| | | Aug 19 2022 23:49:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 15506685 | Email/Text: Bankruptcy@absoluteresolutions.com | | |
| | | Aug 19 2022 23:49:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 15503560 | + EDI: CAPITALONE.COM | | |
| | | Aug 20 2022 03:48:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15503558 | + EDI: CAPITALONE.COM | | |
| | | Aug 20 2022 03:48:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15503562 | + EDI: CITICORP.COM | | |
| | | Aug 20 2022 03:48:00 | Citibank/Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 15503563 | + EDI: CITICORP.COM | | |
| | | Aug 20 2022 03:48:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15503564 | + EDI: CITICORP.COM | | |
| | | Aug 20 2022 03:48:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15503565 | EDI: WFNNB.COM | | |
| | | Aug 20 2022 03:48:00 | Comenity Bank/Kay Jewelers, PO Box 182273, Columbus, OH 43218-2273 |
| 15503566 | + Email/Text: bdsupport@creditmanagementcompany.com | | |
| | | Aug 19 2022 23:49:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15503573 | Email/Text: nwilliamson@foundationfinance.com | | |
| | | Aug 19 2022 23:49:00 | Foundation Finance Company, Attn: Bankruptcy, Po Box 437, Schofield, WI 54476 |
| 15503568 | + Email/Text: bncnotifications@pheaa.org | | |
| | | Aug 19 2022 23:49:00 | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15503567 | + Email/Text: bncnotifications@pheaa.org | | |
| | | Aug 19 2022 23:49:00 | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 15503570 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | Aug 19 2022 23:49:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15503569 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | Aug 19 2022 23:49:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15503571 | + Email/Text: cashiering-administrationservices@flagstar.com | | |
| | | Aug 19 2022 23:49:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15503572 | + Email/Text: nwilliamson@foundationfinance.com | | |
| | | Aug 19 2022 23:49:00 | Foundation Finance Company, 7802 Meadow Rock Drive, Weston, WI 54476-5262 |
| 15503574 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Aug 19 2022 23:49:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 15503577 | + Email/Text: MDSBankruptcies@meddatsys.com | | |
| | | Aug 19 2022 23:49:00 | Med Data Systems, Attn: Bankruptcy, 2001 9th Ave, Ste 312, Vero Beach, FL 32960-6413 |
| 15503576 | + Email/Text: MDSBankruptcies@meddatsys.com | | |
| | | Aug 19 2022 23:49:00 | Med Data Systems, 755 West Nasa Boulevard, Melbourne, FL 32901-1815 |
| 15503578 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Aug 19 2022 23:49:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15503579 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Aug 19 2022 23:49:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 15503580 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Aug 19 2022 23:49:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 15503583 | + EDI: NAVIENTFKASMSERV.COM | | |
| | | Aug 20 2022 03:48:00 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15503586 | + EDI: NAVIENTFKASMSERV.COM | | |
| | | Aug 20 2022 03:48:00 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |

District/off: 0315-1 | User: auto | Page 3 of 4
Date Rcvd: Aug 19, 2022 | Form ID: 309I | Total Noticed: 52

| 15503585 | + EDI: NAVIENTFKASMDOE.COM | | |
| | | Aug 20 2022 03:48:00 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15503589 | Email/Text: info@plazaservicesllc.com | | |
| | | Aug 19 2022 23:49:00 | Plaza Services, LLC, 110 Hammond Drive, Suite 110, Atlanta, GA 30328 |
| 15503590 | + EDI: BANKAMER2.COM | | |
| | | Aug 20 2022 03:48:00 | PNC, c/o Bankcard Services, Po Box 15286, Wilmington, DE 19850-5286 |
| 15503588 | + Email/PDF: ebnotices@pnmac.com | | |
| | | Aug 19 2022 23:55:04 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15503587 | + Email/PDF: ebnotices@pnmac.com | | |
| | | Aug 19 2022 23:55:11 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15503592 | + Email/Text: servicing@svcfin.com | | |
| | | Aug 19 2022 23:49:00 | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 15503591 | + Email/Text: servicing@svcfin.com | | |
| | | Aug 19 2022 23:49:00 | Service Finance Company, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 15503883 | + EDI: RMSC.COM | | |
| | | Aug 20 2022 03:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15503593 | + EDI: RMSC.COM | | |
| | | Aug 20 2022 03:48:00 | Synchrony Bank/Wal-Mart, PO Box 530927, Atlanta, GA 30353-0927 |
| 15503600 | + Email/Text: BankruptcyNotice@upmc.edu | | |
| | | Aug 19 2022 23:49:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15503556 | * | Akron Children's Hospital, PO Box 1757, Akron, OH 44309-1757 |
| 15503561 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15503559 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15503584 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15503582 | *+ | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 15503595 | *P++ | TEAM RECOVERY INC, PO BOX 1643, STOW OH 44224-0643, address filed with court:, Team Recovery, Inc, 3928 Clock Pointe Trail, Stow, OH 44224 |
| 15503596 | *P++ | TEAM RECOVERY INC, PO BOX 1643, STOW OH 44224-0643, address filed with court:, Team Recovery, Inc, 3928 Clock Pointe Trail, Stow, OH 44224 |
| 15503598 | *+ | Team Recovery, Inc, Attn: Bankruptcy, Po Box 1643, Stowe, OH 44224-0643 |
| 15503599 | *+ | Team Recovery, Inc, Attn: Bankruptcy, Po Box 1643, Stowe, OH 44224-0643 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2022      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Joint Debtor Amber Thompson julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Debtor Michael A. Thompson julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;jseech@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5