IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael A. Thompson | ) | Case No. 22-10333 GLT |
| Amber Thompson | ) | Chapter 13 |
|     Debtors | ) | |
| | ) | Docket No. |
| Michael A. Thompson | ) | |
| Amber Thompson | ) | |
|     Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Truist Bank | ) | |
| | ) | |
|     Respondent | ) | |

**AMENDED CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 12, 2022, a true and correct copy of the *Notice of Hearing along with the Objection to Respondent's Claim 15* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Trust Bank
℅ Service Finance Co., LLC
555 S. Federal Highway #200
Boca Raton, FL 33432
Attn: Ian Berch, Officer

Office of the United States Trustee
1001 Liberty Ave. Suite 970
Pittsburgh, Pa 15222

Served by ECF Mail:
Ronda J. Winnecour, Trustee

Served by certified mail:
Trust Bank
℅ Service Finance Co., LLC
555 S. Federal Highway #200
Boca Raton, FL 33432
Attn: Ian Berch, Officer

Date of Service: October 12, 2022

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
llamb@steidl-steinberg.com
PA I.D. No. 209201