IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 22-10333 GLT |
| Michael A. Thompson ) | Chapter 13 |
| Amber Thompson ) | |
|     Debtor**s** ) | Docket No. |
| ) | |
| Michael A. Thompson ) | |
| Amber Thompson ) | |
|     Movants ) | |
| ) | |
|     vs. ) | |
| ) | |
| Foundation Finance Company ) | |
| and Ronda J. Winnecour, Trustee ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on October 21, 2022, a true and correct copy of the *Amended Chapter 13 Plan dated October 18, 2022* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties listed on the attached mailing matrix.

Date of Service: October 21, 2022         /s/ Lauren M. Lamb
                                                                 Lauren M. Lamb, Esquire
                                                                Attorney for the Debtor
                                                                STEIDL & STEINBERG
                                                                707 Grant Street
                                                                Suite 2830, Gulf Tower
                                                                Pittsburgh, PA 15219
                                                                (412) 391-8000
                                                                llamb@steidl-steinberg.com
                                                                PA I.D. No. 209201

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 22-10333-GLT<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Fri Oct 21 08:28:03 EDT 2022 | (p)ABSOLUTE RESOLUTIONS CORPORATION<br>8000 NORMAN CENTER DRIVE SUITE 350<br>BLOOMINGTON MN 55437-1118 | Akron Children's Hospital<br>PO Box 1757<br>Akron, OH 44309-1757 |
| Best Egg<br>Po Box 3999<br>Saint Joseph, MO 64503-0999 | Capital One<br>Attn: Bnakruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Citibank/Best Buy<br>PO Box 790441<br>Saint Louis, MO 63179-0441 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| Citibank/The Home Depot<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Comenity Bank/Kay Jewelers<br>PO Box 182273<br>Columbus, OH 43218-2273 | Credit Management Company<br>2121 Noblestown Road<br>Pittsburgh, PA 15205-3956 |
| Christopher A. DeNardo<br>LOGS LEGAL GROUP LLP<br>3600 Horizon Drive, Suite 150<br>King of Prussia, PA 19406-4702 | Fedloan<br>Attn: Bankruptcy<br>Po Box 69184<br>Harrisburg, PA 17106-9184 | Fedloan<br>Pob 60610<br>Harrisburg, PA 17106-0610 |
| First National Bank<br>4140 E State St<br>Hermitage, PA 16148-3401 | First National Bank<br>Attn: Bankruptcy<br>3015 Glimcher Blvd.<br>Hermitage, PA 16148-3343 | First National Bank of Pennsylvania<br>4140 E. State Street<br>Hermitage, PA 16148-3401 |
| Flagstar Bank<br>5151 Corporate Drive<br>Troy, MI 48098-2639 | Foundation Finance Company<br>7802 Meadow Rock Drive<br>Weston, WI 54476-5262 | Foundation Finance Company, LLC<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 |
| Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>Po Box 70379<br>Philadelphia, PA 19176-0379 | Goldman Sachs Bank USA<br>Lockbox 6112<br>Philadelphia, PA 19170-0001 | Greensky,LLC/Home Depot Loan<br>1797 North East Expressway Ste. 100<br>Atlanta, GA 30329-2451 |
| Lauren M. Lamb<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | Med Data Systems<br>755 West Nasa Boulevard<br>Melbourne, FL 32901-1815 | Med Data Systems<br>Attn: Bankruptcy<br>2001 9th Ave, Ste 312<br>Vero Beach, FL 32960-6413 |
| Midland Credit Management<br>2365 Northside Drive, Suite 300<br>San Diego, CA 92108-2710 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Mrc/united Wholesale M<br>350 Highland<br>Houston, TX 77009-6623 |

| | | |
|---|---|---|
| Mrc/united Wholesale M<br>Attn: Bankruptcy<br>P. O. Box 619098<br>Dallas, TX 75261-9098 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Navient<br>Attn: Bankruptcy<br>Po Box 9640<br>Wiles-Barr, PA 18773-9640 |
| Navient<br>Po Box 3229<br>Wilmington, DE 19804-0229 | Navient Solutions Inc<br>Attn: Bankruptcy<br>P.O. Box 9500<br>Wilkes-Barre, PA 18773-9500 | Navient Solutions Inc<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 |
| Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PNC<br>c/o Bankcard Services<br>Po Box 15286<br>Wilmington, DE 19850-5286 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| PennyMac Loan Services, LLC<br>Attn: Correspondence Unit<br>Po Box 514387<br>Los Angeles, CA 90051-4387 | PennyMac Loan Services, LLC<br>Po Box 514387<br>Los Angeles, CA 90051-4387 | PennyMac Loan Services, LLC.<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 |
| (p)PLAZA SERVICES  LLC<br>ATTN MANNY WILLIAMS<br>110 HAMMOND DRIVE<br>SUITE 110<br>ATLANTA GA 30328-4806 | Plaza Services, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Sallie Mae<br>P.O. Box 3319<br>Wilmington, DE 19804-4319 |
| Service Finance Company<br>555 S Federal Highway<br>Boca Raton, FL 33432-6033 | Service Finance Company<br>Attn: Bankruptcy<br>555 S Federal Highway<br>Boca Raton, FL 33432-6033 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank/Wal-Mart<br>PO Box 530927<br>Atlanta, GA 30353-0927 | (p)TEAM RECOVERY INC<br>PO BOX 1643<br>STOW OH 44224-0643 | Team Recovery, Inc<br>Attn: Bankruptcy<br>Po Box 1643<br>Stowe, OH 44224-0643 |
| Amber Thompson<br>3366 McConnell Road<br>Hermitage, PA 16148-3214 | Michael A. Thompson<br>3366 McConnell Road<br>Hermitage, PA 16148-3214 | Truist Bank<br>c/o Service Finance Co., LLC<br>555 S Federal Hwy #200<br>Boca Raton FL 33432-6033 |
| UPMC<br>2 Hot Metal Street, Room 386<br>Pittsburgh, PA 15203-2348 | UPMC HEALTH SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |

| | | |
|---|---|---|
| Wells Fargo/Furniture Marketing Group<br>Attn: Bankruptcy<br>Po Box 10438 Mac F8235-02f<br>Des Moines, IA 50306-0438 | Wells Fargo/Furniture Marketing Group<br>Po Box 14517<br>Des Moines, IA 50306-3517 | Weltman Weinberg & Reis<br>436 7th Ave.<br>Suite 2500<br>Pittsburgh, PA 15219-1842 |

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Absolute Resolutions<br>8000 Norman Center Dr<br>Bloomington, MN 55437 | (d)Absolute Resolutions<br>Attn: Bankruptcy<br>8000 Norman Center Dr #350<br>Bloomington, MN 55437 | (d)Absolute Resolutions Investments, LLC<br>c/o Absolute Resolutions Corporation<br>8000 Norman Center Drive, Suite 350<br>Bloomington, MN 55437 |
| (d)Foundation Finance Company<br>Attn: Bankruptcy<br>Po Box 437<br>Schofield, WI 54476 | Nationstar Mortgage LLC<br>P.O. Box 619096<br>Dallas, TX  75261-9741 | Plaza Services, LLC<br>110 Hammond Drive, Suite 110<br>Atlanta, GA 30328 |
| Team Recovery, Inc<br>3928 Clock Pointe Trail<br>Stow, OH 44224 | | |


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)NATIONSTAR MORTGAGE LLC | (u)PENNYMAC LOAN SERVICES, LLC | End of Label Matrix<br>Mailable recipients    63<br>Bypassed recipients     2<br>Total                  65 |