IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael A. Thompson | ) | Case No. 22-10333 GLT |
| Amber Thompson | ) | Chapter 13 |
|    Debtors | ) | |
| | ) | Related to Docket No. 26 - 27 |
| Michael A. Thompson | ) | |
| Amber Thompson | ) | Hearing Date and Time: |
|    Movants | ) | November 30, 2022 10:30 AM |
| | ) | |
|    vs. | ) | |
| | ) | |
| Truist Bank | ) | |
| | ) | |
|    Respondent | ) | |

### CERTIFICATE OF NO OBJECTION REGARDING OBJECTION TO RESPONDENT'S CLAIM 15

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Respondent's Claim filed on October 10, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Respondent's Claim appears thereon. Pursuant to the Notice of Hearing, objections for Objection to Respondent's Claim were to be filed and served no later than November 9, 2022.

It is hereby respectfully requested that the Order attached to the Objection to Respondent's Claim be entered by the Court.

                                                                 Respectfully submitted,

November 10, 2022                                       /s/ Lauren M. Lamb
Date:                                                            Lauren M. Lamb, Esquire
                                                                Attorney for the Debtor
                                                                STEIDL & STEINBERG
                                                                2830 Gulf Tower
                                                                707 Grant Street
                                                                Pittsburgh, PA 15219
                                                                (412) 391-8000
                                                                PA I. D. No. 209201
                                                                llamb@steidl-steinberg.com