IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael A. Thompson | ) | Case No. 22-10333 GLT |
| Amber Thompson | ) | Chapter 13 |
|    Debtors | ) | |
| | ) | Related to Docket No. 32 - 33 |
| Michael A. Thompson | ) | |
| Amber Thompson | ) | Hearing Date and Time: |
|    Movants | ) | November 30, 2022 at 10:30 AM |
| | ) | |
| vs. | ) | |
| | ) | |
| Foundation Finance Company, LLC; | ) | |
| Jefferson Capital Systems, LLC Assignee | ) | |
| | ) | |
|    Respondent | ) | |

## CERTIFICATE OF NO OBJECTION REGARDING OBJECTION TO RESPONDENT'S CLAIM 16-2

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Respondent's Claim filed on October 20, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Respondent's Claim appears thereon. Pursuant to the Notice of Hearing, objections for Objection to Respondent's Claim were to be filed and served no later than November 21, 2022.

It is hereby respectfully requested that the Order attached to the Objection to Respondent's Claim be entered by the Court.

                                                  Respectfully submitted,

November 22, 2022                       /s/ Lauren M. Lamb
Date:                                             Lauren M. Lamb, Esquire
                                                   Attorney for the Debtor
                                                   STEIDL & STEINBERG
                                                   2830 Gulf Tower
                                                   707 Grant Street
                                                   Pittsburgh, PA  15219
                                                   (412) 391-8000
                                                   PA I. D. No. 209201
                                                   llamb@steidl-steinberg.com