IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael A. Thompson | ) | Case No. 22-10333 GLT |
| Amber Thompson | ) | Chapter 13 |
|     Debtors | ) | |
| | ) | Related to Docket No. 42 |
| Michael A. Thompson | ) | |
| Amber Thompson | ) | |
|     Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Foundation Finance Company, LLC; | ) | |
| Jefferson Capital Systems, LLC Assignee | ) | |
| | ) | |
|     Respondent | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on November 29, 2022, a true and correct copy of the *Order of Court Granting Debtors' Objection to Respondent's Claim 16-2* was served by U. S. First Class Mail, postage prepaid, unless otherwise noted, upon the following persons and parties:

Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617

Jefferson Capital Systems, LLC
PO Box 772813
Chicago, IL 60677-2813

Office of the United States Trustee
1001 Liberty Ave. Suite 970
Pittsburgh, Pa 15222

Jefferson Capital Systems
Attn: Karen Borgmann, Bankruptcy Specialist
16 McLeland Road
St. Cloud, MN 56303

Served by ECF Mail:
Ronda J. Winnecour, Trustee

Date of Service: November 29, 2022        /s/ Lauren M. Lamb
                                                        Lauren M. Lamb, Esquire
                                                        Attorney for the Debtor
                                                        STEIDL & STEINBERG
                                                        707 Grant Street

Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
llamb@steidl-steinberg.com
PA I.D. No. 209201

FILED
11/23/22 1:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael A. Thompson | ) | Case No. 22-10333 GLT |
| Amber Thompson | ) | Chapter 13 |
|     Debtors | ) | |
| | ) | Docket No. 32 |
| Michael A. Thompson | ) | |
| Amber Thompson | ) | |
|     Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Foundation Finance Company, LLC; | ) | |
| Jefferson Capital Systems, LLC Assignee | ) | |
| | ) | |
|     Respondent | ) | |

## ORDER OF COURT

AND NOW, to wit, this   23rd   day of   November  , 2022, it is hereby ORDERED, ADJUDGED, and DECREED, that Respondent's claim 16-2 is reclassified as unsecured.

Prepared by:   Lauren Lamb, Esq.

**DEFAULT ENTRY**

Dated: **November 23, 2022**

_____
Gregory L. Taddonio    jlm
Chief United States Bankruptcy Judge