## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL A. THOMPSON                                    Case No. 22-10333GLT
AMBER THOMPSON

                Debtor(s)
RONDA J. WINNECOUR,                                    Chapter 13
Standing Chapter 13 Trustee,

                Movant             Document No __
      vs.
FEDERAL LOAN SERVICING++


                Respondents

### NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

      LOAN HAS BEEN SERVICE RELEASED.  TRUSTEE HAS NOT BEEN INFORMED OF
      THE NEW SERVICER AND NO TRANSFER OF CLAIM HAS BEEN FILED.

FEDERAL LOAN SERVICING++                    Court claim# /Trustee CID# 18
POB 2461
HARRISBURG, PA 17105


The Movant further certifies that on 04/17/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                        /s/ Ronda J. Winnecour
                        RONDA J WINNECOUR PA ID #30399
                        CHAPTER 13 TRUSTEE WD PA
                        600 GRANT STREET
cc:  debtor(s)                                SUITE 3250 US STEEL TWR
    original creditor                        PITTSBURGH, PA  15219
    putative creditor                        (412) 471-5566
    counsel for debtor(s)                    cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

DEBTOR(S):
MICHAEL A. THOMPSON, AMBER
THOMPSON, 3366 MCCONNELL ROAD,
HERMITAGE, PA  16148

ORIGINAL CREDITOR:
FEDERAL LOAN SERVICING++, POB 2461,
HARRISBURG, PA  17105

NEW CREDITOR:

DEBTOR'S COUNSEL:
LAUREN M LAMB ESQ, STEIDL &
STEINBERG, 707 GRANT ST 28TH FLOOR,
PITTSBURGH, PA  15219