IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy No. 22.10333-JCM |
| MICHAEL A. THOMPSON and | ) |
| AMBER THOMPSON | ) |
| | ) Chapter 13 |
| Debtors, | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| DEPARMENT F EDUCATION, | ) **Hearing Date:** Sept. 12, 2023 @ 2:00 pm |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) Related to Doc. No. 54 & 55 |
| MICHAEL A. THOMPSON and | ) |
| AMBER THOMPSON | ) |
| Respondents. | ) |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the *Consent Motion to Allow Education to file a Proof of Claim Out of Time* and *Order Scheduling Date for Response and Hearing on Motion*, was served on the following by first-class mail on August 31, 2023.

**Lauren M. Lamb**
Steidl & Steinberg
707 Grant Street
28th Floor - Gulf Tower
Pittsburgh, PA 15219

**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Michael A. Thompson
Amber Thompson
3366 McConnell Road
Hermitage, PA  16148

Eric G. Olshan
United States Attorney


*/s/ Jill Locnikar*
JILL LOCNIKAR
Assistant United States Attorney