Aidvantage on behalf of The Department of
Education.
PO BOX 300001
Greenville, TX  75403

# Aidvantage on behalf of The Department of Education

September 1, 2023

RE: Case No:  22-10333

Related to Doc. No. 57

Name:  MICHAEL THOMPSON

Bankruptcy Court Clerk:

Please withdraw the Proof of Claim #18 for the above-named case, which was signed and sent to the court by Aidvantage on behalf of Department of Education Loan Services.  The Proof of Claim was paid in full.

Any Questions concerning this matter may be directed to 1-800-722-1300.

Sincerely,

/s/Jennifer Musial
Bankruptcy Analyst

SO ORDERED
September 05, 2023

John C. Melaragno, Judge  JIm
United States Bankruptcy Court

SIGNED
9/5/23 8:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 22-10333-JCM

Michael A. Thompson                                                                    Chapter 13

Amber Thompson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: auto                                          Page 1 of 2

Date Rcvd: Sep 05, 2023                    Form ID: pdf900                              Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 06 2023 02:30:37 | Aidvantage on behalf of Department of Education L, PO BOX 300001, GREENVILLE, TX 75403-3001 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2023                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Jill Locnikar | on behalf of Creditor United States Of America jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Lauren M. Lamb | on behalf of Joint Debtor Amber Thompson julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Sep 05, 2023 | Form ID: pdf900 | Total Noticed: 1

Lauren M. Lamb
on behalf of Debtor Michael A. Thompson
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Roger Fay
on behalf of Creditor Nationstar Mortgage LLC rfay@milsteadlaw.com  bkecf@milsteadlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 9