IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy No. 22-10333-JCM |
| MICHAEL A. THOMPSON and | ) |
| AMBER THOMPSON | ) |
| | ) Chapter 13 |
| Debtors, | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| DEPARMENT F EDUCATION, | ) **Hearing Date:** September 12, 2023 @ 2:00 |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) Related to Doc. No. 54 & 55 |
| MICHAEL A. THOMPSON and | ) |
| AMBER THOMPSON | ) |
| Respondents. | ) |

CERTIFICATE OF NO OBJECTION
REGARDING MOTION TO FILE CLAIM OUT OF TIME

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the Stipulation and Agreed Order. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Stipulation appears thereon. Pursuant to the Order on the Stipulation, responses were to be filed and served by the Respondent no later than September 8, 2023.

It is hereby respectfully requested that the Motion to file Claim out of Time (Docket No. 54) be granted by the Court.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

*/s/Jill Locnikar*
JILL LOCNIKAR
Assistant United States Attorney
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Tel: (412) 894-7429
Fax: (412) 644-6995
Email: jill.locnikar@usdoj.gov
PA. I.D. No. 85892

Dated: September 12, 2023

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) Bankruptcy No. 22-10333-JCM |
| MICHAEL A. THOMPSON and | ) |
| AMBER THOMPSON | ) |
| | ) Chapter 13 |
| Debtors, | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| DEPARMENT F EDUCATION, | ) Hearing Date: September 12, 2023 @ 2:00 pm |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) Related to Doc. No. 54 & 55 |
| MICHAEL A. THOMPSON and | ) |
| AMBER THOMPSON | ) |
| Respondents. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Certificate of No Objection has been served by first-class mail, postage prepaid or electronic means, this 12th day of September, 2023 to and upon:

Service by Electronic Notification:

**Service by Electronic Notification:**

**Lauren M. Lamb**
Steidl & Steinberg
707 Grant Street
28th Floor - Gulf Tower
Pittsburgh, PA 15219

**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Michael A. Thompson
3366 McConnell Road
Hermitage, PA 16148

Eric G. Olshan
United States Attorney

*/s/ Jill Locnikar*
JILL LOCNIKAR
Assistant United States Attorney
Western District of Pennsylvania
Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Tel.: (412) 894-7429

3