IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy No. 22-10333-JCM |
| MICHAEL A. THOMPSON and | ) |
| AMBER THOMPSON, | ) |
| | ) Chapter 13 |
| Debtors, | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| DEPARTMENT OF EDUCATION, | ) **Hearing Date:** October 17, 2023 at 10:00a |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) Related to Doc. No. 54 |
| MICHAEL A. THOMPSON and | ) |
| AMBER THOMPSON, | ) |
| Respondents | ) |

## **O R D E R**

AND NOW, this _____ day of _____, 2023, upon consideration of the Consent Motion to Allow the Department of Education to file a Proof of Claim Out of Time, IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Education is to file its Proof of Claim within twenty days of the granting of this order. Education's claim will be deemed allowed.

_____
Honorable John C. Melaragno
U. S. BANKRUPTCY JUDGE