IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael A. Thompson and | ) | Bankruptcy No. 22-10333-JCM |
| Amber Thompson, | ) | Chapter 13 |
| | ) | Related to Document No(s). 63 & 64 |
| Debtors | ) | |
| | ) | Hearing Date and Time: |
| Michael A. Thompson and | ) | 10/17/2023 at 01:30 PM |
| Amber Thompson, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Nationstar Mortgage LLC and Ronda J. | ) | |
| Winnecour, Chapter 13 Trustee, | ) | |
| | ) | |
| Respondent(s) | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION TO EMPLOY REALTOR TO SELL DEBTORS' REAL PROPERTY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ Realtor to Sell Debtors' Real Property filed on September 21, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application to Employ Realtor to Sell Debtors' Real Property appears thereon. Pursuant to the Notice of Hearing, objections for Application to Employ Realtor to Sell Debtors' Real Property were to be filed and served no later than October 10, 2023.

It is hereby respectfully requested that the Order attached to the Application to Employ Realtor to Sell Debtors' Real Property be entered by the Court.

Respectfully submitted,

October 11, 2023                    /s/Lauren M. Lamb
Date:                                Lauren M. Lamb, Esquire
                                     Attorney for the Debtors
                                     STEIDL & STEINBERG
                                     2830 Gulf Tower
                                     707 Grant Street
                                     Pittsburgh, PA  15219

(412) 391-8000
PA I. D. No.  209201
llamb@steidl-steinberg.com