IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael A. Thompson and | ) | Bankruptcy No. 22-10333-JCM |
| Amber Thompson, | ) | Chapter 13 |
| | ) | Related to Document No(s). 63 & 70 |
|     Debtors | ) | |
| | ) | |
| Michael A. Thompson and | ) | |
| Amber Thompson | ) | |
| | ) | |
|     Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Nationstar Mortgage LLC and Ronda J. | ) | |
| Winnecour, Chapter 13 Trustee, | | |
| | | |
|     Respondent(s) | | |

### CERTIFICATE OF SERVICE

I, Lauren M. Lamb, Pittsburgh, PA 15219 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age and

that on October 12, 2023 I served a copy of:

### ORDER APPROVING RETENTION OF REALTOR/BROKER

ON:

Ronda J. Winnecour, Chapter 13 Trustee - via ECF mail
Jeri Hart - via email to jhart@tprsold.com
Michael A. Thompson - via email to mikethomp09@yahoo.com
Amber Thompson - via email to amberthomp11@yahoo.com
Christopher DeNardo, Esquire - via ECF mail

Nationstar Mortgage, LLC
P.O. Box 619096
Dallas, TX 75261-9741

BY:    Regular First-Class U.S. Mail, unless otherwise noted

I certify under the penalty of perjury that the foregoing is true and correct.

Date: October 12, 2023         /s/ Lauren M. Lamb
                               Lauren M. Lamb
                               STEIDL & STEINBERG
                               707 Grant Street, Suite 2830
                               Pittsburgh, PA 15219
                               (412) 391-8000