**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

IN RE:                                                CASE NO.: 22-10333
                                                                               CHAPTER 13

Michael A. Thompson,
   Debtor.

Amber Thompson,
   Joint Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of NATIONSTAR MORTGAGE LLC ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Michelle L. McGowan, Esq., ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS RD., SUITE 450**
**ALPHARETTA, GA 30004**

                                        Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                        Attorney for Secured Creditor
                                        13010 Morris Rd., Suite 450
                                        Alpharetta, GA 30004
                                        Telephone: 470-321-7112
                                        Facsimile: 404-393-1425

                                        By: _\S\Michelle L. McGowan, Esq._
                                           Michelle L. McGowan, Esq., Esquire
                                           Pennsylvania Bar No. 62414 PA
                                           Email: mimcgowan@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 15, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

MICHAEL A. THOMPSON
3366 MCCONNELL ROAD
HERMITAGE, PA 16148

AMBER THOMPSON
3366 MCCONNELL ROAD
HERMITAGE, PA 16148

And via electronic mail to:

LAUREN M. LAMB
STEIDL & STEINBERG
707 GRANT STREET
28TH FLOOR - GULF TOWER
PITTSBURGH, PA 15219

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

By: /s/ Angela Gill