# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Michael A. Thompson and | ) | Case No. 22-10333-JCM |
| Amber Thompson, | ) | Chapter 13 |
|     Debtors | ) | Related to Docket Nos. 74 & 75 |
| | ) | |
| Michael A. Thompson and | ) | |
| Amber Thompson, | ) | |
|     Movants | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Nationstar Mortgage LLC and | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
|     Respondents | ) | |

**PROOF OF PUBLICATION FOR MERCER COUNTY LAW JOURNAL**

## COPY OF NOTICE

FORM JCM 006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Bankruptcy No. 22-10333-JCM
Chapter 13
Related to Docket No. 74 & 75

In re:

Michael A. Thompson and
Amber Thompson,

    Debtors

Michael A. Thompson and
Amber Thompson,

    Movants

    v.

Nationstar Mortgage LLC and Ronda J. Winnecour, Chapter 13 Trustee,

    Respondent(s)

### NOTICE OF HEARING ON MOTION TO SELL PROPERTY FREE AND DIVESTED OF LIENS

To the creditors and parties in interest of the above-named Debtors:

NOTICE IS HEREBY GIVEN THAT the Debtors have filed a Motion to Sell Property Free and Divested of Liens as to the following property:

*810 Federal Drive Sharon, PA 16146, Mercer County, single family home with three beds and one and one-half baths*

to Shante S. Lowe of 3812 Amhurst Drive, Hermitage, PA 16148 for $60,000.00 according to the terms set forth in the *Motion for Sale*.

*On or before November 20, 2023*, any *Objections* to the sale shall be filed with the U.S. Bankruptcy Court, U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501, with a copy served on all interested parties.

A hearing is scheduled for November 28, 2023 *at* 3:30PM before Judge John C. Melaragno in: Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time higher/better offers will be considered and Objections to the sale will be heard.

Date of Notice: November 1, 2023

    /s/Lauren M. Lamb
    Lauren M. Lamb Attorney for Debtors

Arrangements for inspection prior to said sale hearing may be made with:
Lauren M. Lamb, Attorney,
707 Grant Street, Suite 2830
Pittsburgh, PA 15219
412-391-8000
llamb@steidl-steinberg.com

MCLJ - November 14, 2023

---

} No. _____

## Proof of Publication of Notice in the Mercer County Law Journal
Under Act No. 587, Approved May 16, 1929, P.L. 1784, as amended

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF MERCER     } SS:

Douglas M. Watson, Esq., Editor-in-Chief of the *MERCER COUNTY LAW JOURNAL*, published by the Mercer County Bar Association, a non-profit corporation of the Commonwealth of Pennsylvania, being known to me, did personally appear before me, the undersigned notary public, and being duly sworn, deposes and says that the *MERCER COUNTY LAW JOURNAL* is a legal newspaper with its office in the City of Hermitage, Mercer County, Pennsylvania, which was established as a weekly publication September 27, 1956, and that a copy of the printed notice or publication is attached hereto exactly as it was printed and published in regular edition(s) and issue(s) of the *MERCER COUNTY LAW JOURNAL* on the following date(s) viz:

### November 14, 2023

The affiant further states that he is the designated agent of the Mercer County Bar Association, the owner of said legal newspaper, that he is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place, and character of publication are true.

*(Signature of Affiant)*

Subscribed and sworn to before me this

### November 14, 2023

Commonwealth of Pennsylvania - Notary Seal
Debra A. Arner, Notary Public
Mercer County
My commission expires October 23, 2025
Commission number 1118173
Member, Pennsylvania Association of Notaries

Notary Public

### Statement of Advertising Costs
### To MERCER COUNTY LAW JOURNAL, Dr.

| | |
|---|---|
| For publishing the notice of advertisement attached hereto on the above stated date | $ 104.20 |
| Affidavit | $ 5.00 |
| TOTAL | $ 109.20 |

The Mercer County Bar Association, a non-pro-fit corporation, publisher of the *MERCER COUNTY LAW JOURNAL*, P.O. Box 1302, Hermitage, PA 16148, a weekly publication, hereby acknowledges receipt of the above advertising and publication costs, and certifies that they have been fully paid.

by: _____
Douglas M. Watson, Esq., Editor-in-Chief

I hereby certify that the foregoing is the original Proof of Publication and Receipt for the advertising costs in the subject matter of said notice.

by: _____

Attorney for: _____