IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-10333-JCM |
| | : | | |
| Michael A. Thompson | : | Chapter: | 13 |
| Amber Thompson | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 11/28/2023 |
| | : | Time: | 03:30 |

## PROCEEDING MEMO

**MATTER**  #74 Motion to Sell Real Estate Free and Clear of Liens
#78 Limited Response by Nationstar Mortgage LLC

**APPEARANCES:**
Debtor:          Lauren M. Lamb (video)
Trustee:         Kate DeSimone (video)
Nationstar Mortgage: Louise Porac (video)

**NOTES:**

Lamb:   There are no contingencies except for court approval.  This is an arm's length transaction and the Debtor's have no prior relationship with the buyer.  I am seeking counsel fees in the amount of $1,983.11 and reimbursement of costs of $188 for sale filing fee.  It was advertised in the Sharon Herald on November 16, 2023.  I will file an amended plan to payoff Nationstar mortgage.

Porak:   Yes we are fine with the sale order and Nationstar asks the sale to occur within 90 days.

**OUTCOME:**   GRANTED / OE upon receipt of amended sale order.

SIGNED
11/29/23 9:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA