IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | |
| Michael A. Thompson and ) | Bankruptcy No. 22-10333-JCM |
| Amber Thompson, ) | Chapter 13 |
| ) | Related to Docket No(s). 82 |
| Debtors. ) | |
| ) | |
| Michael A. Thompson and ) | |
| Amber Thompson, ) | |
| ) | |
| Movants, ) | |
| ) | |
| vs. ) | |
| ) | |
| Nationstar Mortgage LLC and Ronda J. ) | |
| Winnecour, Chapter 13 Trustee, ) | |
| ) | |
| Respondent(s) ) | |

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on November 30, 2023, a true and correct copy of the *Order Confirming Chapter 13 Sale of Property Free and Divested of Liens* was served by Regular First-Class U.S. Mail, postage prepaid, upon the following persons and parties, unless otherwise noted:

Ronda J. Winnecour, Chapter 13 Trustee - via ECF mail

Christopher DeNardo, Esquire - via ECF mail

Nationstar Mortgage, LLC
P.O. Box 619096
Dallas, TX 75261-9741

Michael A. Thompson - via email to mikethomp09@yahoo.com

Amber Thompson - via email to amberthomp11@yahoo.com

Jeri Hart - via email to jhart@tprsold.com

Jonita Pickett, closing agent - via email to jbsfp@yahoo.com

Date of Service: November 30, 2023      /s/Lauren M. Lamb_____
                                                                     Lauren M. Lamb, Esquire
                                                                     STEIDL & STEINBERG

28th Floor-Gulf Tower  
707 Grant Street  
Pittsburgh, PA  15219  
(412) 391-8000  
PA I. D. No. 209201  
llamb@steidl-steinberg.com