# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Michael A. Thompson and | ) | Case No. 22-10333-JCM |
| Amber Thompson, | ) | Chapter 13 |
|     Debtors | ) | Related to Docket Nos. 74 & 75 |
| | ) | |
| Michael A. Thompson and | ) | |
| Amber Thompson, | ) | |
|     Movants | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Nationstar Mortgage LLC and | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
|     Respondents | ) | |

**PROOF OF PUBLICATION FOR SHARON HERALD**

06113655-000
Steidl & Steinberg PC
707 Grant Street
Suite 2830, Gulf Tower
PITTSBURGH PA 15219

## Proof of Publication Notice in The Herald/Allied News

Commonwealth of Pennsylvania
County of Mercer

Beth Veres, of The Herald & Allied News, having been duly sworn according to law, deposes and says The Herald is a newspaper of general circulation published at 52 South Dock Street, Sharon, Mercer County, Pennsylvania. The Herald was established May 13, 1935 and has been regularly published and issued in Mercer County since that time. The Allied News is a newspaper of general circulation published in Grove City, Mercer County, PA. The Allied News was established August 9, 1965 and has been regularly published and issued in Mercer County since that time. The printed notice attached to this affidavit is exactly the same as was printed and published in the regular editions and issues of The Herald/Allied News on the dates listed below the bottom of the notice. I certify that I am duly authorized to verify this statement under oath and am not interested in the subject matter of the attached notice or advertisement. All allegations in this affidavit as to time, place and character of publication are true.

_/s/ Beth Veres_
Beth Veres
Advertising Consultant

Sworn to and subscribed to before me this 20th day of November, 2023

_/s/ Karen A. Nestor_
Karen A. Nestor
My commission expires April 10, 2027

Commonwealth of Pennsylvania - Notary Seal
KAREN A NESTOR - Notary Public
Mercer County
My Commission Expires April 10, 2027
Commission Number 1198337

---

**PUBLIC NOTICE    PUBLIC NOTICE    PUBLIC NOTICE**
**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:
Michael A. Thompson and
Amber Thompson,
    Debtors

) Bankruptcy No. 22-10333-JCM
) Chapter 13
) Related to Docket No. 74 & 75

Michael A. Thompson and
Amber Thompson,
    Movants
    v.
Nationstar Mortgage LLC and Ronda J. Winnecour, Chapter 13 Trustee,
    Respondent(s)

**NOTICE OF HEARING ON MOTION TO SELL PROPERTY FREE AND DIVESTED OF LIENS**

To the creditors and parties in interest of the above-named Debtors:

NOTICE IS HEREBY GIVEN THAT the Debtors have filed a Motion to Sell Property Free and Divested of Liens as to the following property:

810 Federal Drive Sharon, PA 16146, Mercer County, single family home with three beds and one and one-half baths
to Shante S. Lowe of 3812 Amhurst Drive, Hermitage, PA 16148 for $60,000.00 according to the terms set forth in the Motion for Sale.

**On or before November 20, 2023**, any Objections to the sale shall be filed with the U.S. Bankruptcy Court, U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501, with a copy served on all interested parties.

A hearing is scheduled for **November 28, 2023 at 3:30PM**, before Judge John C. Melaragno in: Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time higher/better offers will be considered and Objections to the sale will be heard.

Date of Notice: November 1, 2023    /s/Lauren M. Lamb
Lauren M. Lamb
Attorney for Debtors

Arrangements for inspection prior to said sale hearing may be made with:
Lauren M. Lamb, Attorney,
707 Grant Street, Suite 2830
Pittsburgh, PA 15219
412-391-8000
November 16, 2023
llamb@steidl-steinberg.com
November 16, 2023

| | # Times | Amount |
|---|---|---|
| 22-10333-JCM | 1 | 284.89 |