IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          )
                                                )
Michael A. Thompson and Amber Thompson,   )        Case No. 22-10333-JCM
                                                )        Chapter 13
          Debtors                               )

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐        a motion to dismiss case or certificate of default requesting dismissal

☐        a plan modification sought by:        Debtors to remove funding for mortgage payment for
                                                rental property that was sold.

☐        a motion to lift stay
          as to creditor

☐        Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated
☐ Amended Chapter 13 Plan dated        October 18, 2022

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐       Debtors' Plan payments shall be changed from $  <u>2,929.00</u>  to
$  <u>2,252.00</u>  per month, effective  <u>March, 2024</u>  ; and/or the Plan term shall
be changed from      months to      months.          .

☐       In the event that Debtors fail to make any future Chapter 13 Plan payments, the
Trustee or a party in interest may file with the Court and serve upon Debtors and
Debtors' Counsel a notice of default advising the Debtors that they have 30 days
from the service of the notice in which to cure any and all defaults in payments.
If Debtors fail to cure the defaults in payments after having been provided notice
under the provision of this Stipulated Order, then the Trustee or a party in interest
may submit an Order of Dismissal to the Bankruptcy Court along with an
affidavit attesting to a failure to make Plan payments, and the proceedings or case
may thereafter be dismissed without prejudice and without further hearing or
notice.

☐       Debtors shall file and serve      on or before      .

☐       If any of the foregoing is not completed by the date specified, the case may be
dismissed without prejudice without further notice or hearing upon the filing by
the Trustee of an Affidavit of Non-Compliance.

☐       If any of the foregoing is not completed by the date specified, the automatic stay
as to the property described as      may be lifted without further notice or
hearing upon the filing by the Creditor herein of an Affidavit of
Non-Compliance.

☐       Other:     <u>Nationstar Mortgage, LLC shall no longer be paid due to the sale of</u>
<u>810 Federal Drive Sharon, PA 16146.  Prior payments were proper.  Debtors' counsel</u>
<u>shall be paid an additional $5,000.00, subject to approval via fee application, for a total of</u>
<u>$9,400.00 to be distributed to counsel by the Chapter 13 Trustee.  This amount shall not</u>
<u>reduce the amount to be distributed to general, unsecured creditors.</u>

      **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

      **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this \_\_\_\_ day of _____, 2024

Dated: _____      _____
                                              John C. Melaragno
                                              United States Bankruptcy Judge

Stipulated by:                                Stipulated by:

/s/Lauren M. Lamb                             /s/James Warmbrodt
Counsel to Debtors                            Counsel to Chapter 13 Trustee
Lauren M. Lamb, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

Stipulated by:

_____
Counsel to affected creditor

cc:  All Parties in Interest to be served by Clerk