IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael A. Thompson and Amber Thompson, | ) | Case No. 22-10333-JCM |
| | ) | Chapter 13 |
| Debtors | ) | Related to Doc. No. 88 |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐ a motion to dismiss case or certificate of default requesting dismissal

☐ a plan modification sought by:  Debtors to remove funding for mortgage payment for rental property that was sold.

☐ a motion to lift stay
as to creditor

☐ Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated
☐ Amended Chapter 13 Plan dated     October 18, 2022

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Debtors' Plan payments shall be changed from $ <u>2,929.00</u> to $ <u>2,252.00</u> per month, effective <u>March, 2024</u>; and/or the Plan term shall be changed from ____ months to ____ months.           .

☐ In the event that Debtors fail to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtors and Debtors' Counsel a notice of default advising the Debtors that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtors fail to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtors shall file and serve ____ on or before ____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as ____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☐ Other: <u>Nationstar Mortgage, LLC shall no longer be paid due to the sale of 810 Federal Drive Sharon, PA 16146. Prior payments were proper. Debtors' counsel shall be paid an additional $5,000.00, subject to approval via fee application, for a total of $9,400.00 to be distributed to counsel by the Chapter 13 Trustee. This amount shall not reduce the amount to be distributed to general, unsecured creditors.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 6th day of March, 2024

Dated: March 6, 2024

_____ jlm
John C. Melaragno
United States Bankruptcy Judge

SIGNED
3/6/24 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/Lauren M. Lamb
Counsel to Debtors
Lauren M. Lamb, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

Stipulated by:

/s/James Warmbrodt
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:  All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10333-JCM |
| Michael A. Thompson | Chapter 13 |
| Amber Thompson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 5 |
| Date Rcvd: Mar 06, 2024 | Form ID: pdf900 | Total Noticed: 64 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Thompson, Amber Thompson, 3366 McConnell Road, Hermitage, PA 16148-3214 |
| r | + | Jeri Hart, Berkshire Hathaway, 490 North Kerrwood Drive, Suite 202, Hermitage, PA 16148-5202 |
| cr | + | United States Of America, obo U.S. Department of Education, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 15503555 | | Akron Children's Hospital, PO Box 1757, Akron, OH 44309-1757 |
| 15503568 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15503567 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 15503883 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 07 2024 00:25:35 | Aidvantage on behalf of Department of Education L, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 07 2024 00:25:01 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15503553 | | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 07 2024 00:04:00 | Absolute Resolutions, 8000 Norman Center Dr, Bloomington, MN 55437 |
| 15503554 | | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 07 2024 00:04:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 15506685 | | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 07 2024 00:04:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 15543029 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 07 2024 00:25:12 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 9635, WilkesBarre, Pa 18773-9635 |
| 15503557 | | Email/PDF: MarletteBKNotifications@resurgent.com | Mar 07 2024 00:25:22 | Best Egg, Po Box 3999, Saint Joseph, MO 64503-0999 |
| 15503560 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2024 00:14:05 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15503558 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2024 00:13:36 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15509381 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 07 2024 00:24:31 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15503562 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2024 00:24:26 | Citibank/Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15503563 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2024 00:25:39 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15503564 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 07 2024 00:25:31 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15503565 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 07 2024 00:04:00 | Comenity Bank/Kay Jewelers, PO Box 182273, Columbus, OH 43218-2273 |
| 15503566 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 07 2024 00:04:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15503573 | | Email/Text: administrative@foundationfinance.com | Mar 07 2024 00:04:00 | Foundation Finance Company, Attn: Bankruptcy, Po Box 437, Schofield, WI 54476 |
| 15503570 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 07 2024 00:04:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15503569 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 07 2024 00:04:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15508136 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 07 2024 00:04:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15503571 | + | Email/Text: cashiering-administrationservices@flagstar.com | Mar 07 2024 00:04:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15503572 | + | Email/Text: administrative@foundationfinance.com | Mar 07 2024 00:04:00 | Foundation Finance Company, 7802 Meadow Rock Drive, Weston, WI 54476-5262 |
| 15525098 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 07 2024 00:04:00 | Foundation Finance Company, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15503575 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 07 2024 00:04:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15503574 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 07 2024 00:04:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 15521310 | + | Email/Text: bankruptcy@greenskycredit.com | Mar 07 2024 00:04:00 | Greensky,LLC/Home Depot Loan, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 15645143 | | Email/Text: EBN@Mohela.com | Mar 07 2024 00:04:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 15503577 | + | Email/Text: MDSBankruptcies@meddatsys.com | Mar 07 2024 00:04:00 | Med Data Systems, Attn: Bankruptcy, 2001 9th Ave, Ste 312, Vero Beach, FL 32960-6413 |
| 15503576 | + | Email/Text: MDSBankruptcies@meddatsys.com | Mar 07 2024 00:04:00 | Med Data Systems, 755 West Nasa Boulevard, Melbourne, FL 32901-1815 |
| 15503578 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 07 2024 00:04:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15511358 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 07 2024 00:04:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15503579 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 07 2024 00:04:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 15503580 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 07 2024 00:04:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 15525435 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 07 2024 00:04:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15657673 | + | Email/Text: RASEBN@raslg.com | Mar 07 2024 00:04:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15503583 | + | Email/PDF: pa_dc_claims@navient.com | Mar 07 2024 00:14:05 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |

Case 22-10333-JCM   Doc 90   Filed 03/08/24   Entered 03/09/24 00:29:23   Desc Imaged
                          Certificate of Notice   Page 6 of 8

| District/off: 0315-1 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 06, 2024 | Form ID: pdf900 | Total Noticed: 64 |

| Recipient ID | Delivery Method | Date/Time | Address |
|---|---|---|---|
| 15503581 | ^ MEBN | Mar 07 2024 00:08:20 | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 15503586 | + Email/PDF: pa_dc_claims@navient.com | Mar 07 2024 00:25:57 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15503585 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 07 2024 00:52:45 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15503589 | Email/Text: info@plazaservicesllc.com | Mar 07 2024 00:04:00 | Plaza Services, LLC, 110 Hammond Drive, Suite 110, Atlanta, GA 30328 |
| 15503590 | + Email/Text: mortgagebkcorrespondence@bofa.com | Mar 07 2024 00:04:00 | PNC, c/o Bankcard Services, Po Box 15286, Wilmington, DE 19850-5286 |
| 15503588 | + Email/PDF: ebnotices@pnmac.com | Mar 07 2024 00:25:12 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15503587 | + Email/PDF: ebnotices@pnmac.com | Mar 07 2024 00:25:12 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15515368 | + Email/PDF: ebnotices@pnmac.com | Mar 07 2024 00:41:41 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15508444 | + Email/Text: documentfiling@lciinc.com | Mar 07 2024 00:04:00 | Plaza Services, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15515890 | Email/Text: ebn_bkrt_forms@salliemae.com | Mar 07 2024 00:04:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15503592 | + Email/Text: servicing@svcfin.com | Mar 07 2024 00:04:00 | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 15503591 | + Email/Text: servicing@svcfin.com | Mar 07 2024 00:04:00 | Service Finance Company, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 15503593 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 07 2024 00:13:36 | Synchrony Bank/Wal-Mart, PO Box 530927, Atlanta, GA 30353-0927 |
| 15503594 | Email/Text: team@teamrecovery.com | Mar 07 2024 00:04:00 | Team Recovery, Inc, 3928 Clock Pointe Trail, Stow, OH 44224 |
| 15503597 | + Email/Text: team@teamrecovery.com | Mar 07 2024 00:04:00 | Team Recovery, Inc, Attn: Bankruptcy, Po Box 1643, Stowe, OH 44224-0643 |
| 15521422 | + Email/Text: servicing@svcfin.com | Mar 07 2024 00:04:00 | Truist Bank, c/o Service Finance Co., LLC, 555 S Federal Hwy #200, Boca Raton FL 33432-6033 |
| 15503600 | + Email/Text: BankruptcyNotice@upmc.edu | Mar 07 2024 00:04:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15520478 | Email/Text: BNCnotices@dcmservices.com | Mar 07 2024 00:04:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15517133 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 07 2024 00:24:36 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15503602 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 07 2024 00:24:21 | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 15503601 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 07 2024 00:13:04 | Wells Fargo/Furniture Marketing Group, Po Box 14517, Des Moines, IA 50306-3517 |
| 15503603 | + Email/Text: pitbk@weltman.com | Mar 07 2024 00:04:00 | Weltman Weinberg & Reis, 436 7th Ave., Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 57

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

Case 22-10333-JCM    Doc 90    Filed 03/08/24    Entered 03/09/24 00:29:23    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0315-1 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 06, 2024 | Form ID: pdf900 | Total Noticed: 64 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15503556 | * | Akron Children's Hospital, PO Box 1757, Akron, OH 44309-1757 |
| 15503561 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15503559 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15645222 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 15503584 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15503582 | *+ | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 15503595 | *P++ | TEAM RECOVERY INC, PO BOX 1643, STOW OH 44224-0643, address filed with court:, Team Recovery, Inc, 3928 Clock Pointe Trail, Stow, OH 44224 |
| 15503596 | *P++ | TEAM RECOVERY INC, PO BOX 1643, STOW OH 44224-0643, address filed with court:, Team Recovery, Inc, 3928 Clock Pointe Trail, Stow, OH 44224 |
| 15503598 | *+ | Team Recovery, Inc, Attn: Bankruptcy, Po Box 1643, Stowe, OH 44224-0643 |
| 15503599 | *+ | Team Recovery, Inc, Attn: Bankruptcy, Po Box 1643, Stowe, OH 44224-0643 |

TOTAL: 3 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2024             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Jill Locnikar | on behalf of Creditor United States Of America jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Lauren M. Lamb | on behalf of Debtor Michael A. Thompson julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Amber Thompson julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Michelle L. McGowan | on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Roger Fay | on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net  bkecf@milsteadlaw.com |

District/off: 0315-1 | User: auto | Page 5 of 5
Date Rcvd: Mar 06, 2024 | Form ID: pdf900 | Total Noticed: 64

Ronda J. Winnecour         cmecf@chapter13trusteewdpa.com

TOTAL: 9