# Notice Recipients

District/Off: 0315−1         User: auto                Date Created: 8/23/2024
Case: 22−10333−JCM           Form ID: 312              Total: 3

**Recipients of Notice of Electronic Filing:**
aty         Lauren M. Lamb         llamb@steidl−steinberg.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Michael A. Thompson      3366 McConnell Road      Hermitage, PA 16148
jdb         Amber Thompson           3366 McConnell Road      Hermitage, PA 16148

TOTAL: 2