Form 312

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Michael A. Thompson** | : | Case No. 22−10333−JCM |
| **Amber Thompson** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Michael A. Thompson | : | |
| Amber Thompson | : | Related to Document No. 94 Related to |
| *Movant(s),* | : | Claim No. 9 |
| | : | |
| v. | : | Hearing Date: 9/24/24 at 01:30 PM |
| Pennymac Loan Services, LLC | : | |
| *Respondent(s).* | : | |
| | : | |

## ORDER

        *AND NOW,* this ***The 23rd of August, 2024,*** upon consideration of the ***Debtor(s)' Objection/Response to Payment Change Notification*** filed at Doc. No. 94 ("Objection") which relates to the *Payment Change Notification* filed at Claim No. 9,

        It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

        (1)    ***On or before September 9, 2024, Pennymac Loan Services, LLC*** shall file a ***Response*** to the *Objection* ("Response") specifically addressing each and every one of the objections asserted by the Debtor(s). Any *Response* filed by the Party originally filing the *Payment Change Notification* shall attach as an exhibit to the *Response:*

| | |
|---|---|
| (a) | Movant's complete and accurate internal loan payment history from the inception of the loan to date. |
| (b) | A computation of the payment change in a format which is readily understandable by the Court and the Parties−in−Interest; and, |
| (c) | A declaration by a competent official of the Creditor substantiating the veracity and accuracy of all matters pertaining to the requested *Payment Change Notification.* |

        (2)    A hearing on the *Objection* is scheduled for ***September 24, 2024*** at ***01:30 PM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

        (3)    ***If on or before September 16, 2024,*** the Parties resolve the *Objection*, a ***Consent Order*** shall be filed. If a *Consent Order* is timely filed, the above−scheduled hearing may be cancelled and the *Consent Order* considered.

continued on reverse side or next page

(4)    If *on or before September 18, 2024,* no *Response* is filed to the *Objection*, the Debtor(s) shall file a **Certificate of No Objection**. If a *Certificate of No Objection* is timely filed, the above–scheduled hearing will be cancelled and the Court will consider the matter.

(5)    Movant(s) shall *immediately* serve this *Order* on any affected Party(ies) and file a **Certificate of Service** with the Clerk within five (5) days of this Order.

_____

John C. Melaragno, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Counsel for the Movant(s)
    Debtors

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 22-10333-JCM

Michael A. Thompson                                                                      Chapter 13

Amber Thompson

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                                    User: auto                                        Page 1 of 2

Date Rcvd: Aug 23, 2024                        Form ID: 312                                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol           Definition**

+                       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2024:**

**Recip ID                         Recipient Name and Address**
db/jdb                     +  Michael A. Thompson, Amber Thompson, 3366 McConnell Road, Hermitage, PA 16148-3214

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2024                        Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2024 at the address(es) listed below:**

**Name                                    Email Address**

Brent J. Lemon
                                    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com

Christopher A. DeNardo
                                    on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com

Denise Carlon
                                    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com

Jill Locnikar
                                    on behalf of Creditor United States Of America jill.locnikar@usdoj.gov
                                    patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Lauren M. Lamb
                                    on behalf of Joint Debtor Amber Thompson
                                    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;

District/off: 0315-1                         User: auto                              Page 2 of 2

Date Rcvd: Aug 23, 2024                      Form ID: 312                          Total Noticed: 1

rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb

on behalf of Debtor Michael A. Thompson
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Michelle L. McGowan

on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Roger Fay

on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net  bkecf@milsteadlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 10