**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/09/2025

IN RE:

MICHAEL A. THOMPSON
AMBER THOMPSON
3366 MCCONNELL ROAD
HERMITAGE,  PA  16148
XXX-XX-9811          Debtor(s)

XXX-XX-6760

Case No.22-10333

Chapter 13

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/9/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CARECREDIT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  7339 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PENNYMAC/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **LOGS LEGAL GROUP LLP**<br>985 OLD EAGLE SCHOOL RD STE 514<br>WAYNE, PA  19087 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NATIONSTAR/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA  16148 | Trustee Claim Number: 4    INT %: 5.00%<br>Court Claim Number: 2<br>CLAIM:  13,264.83<br>COMMENT:  $CL-PL@5%/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  4671 |
| **FOUNDATION FINANCE COMPANY LLC - JEFFER**<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number: 16-2<br>CLAIM:  10,412.32<br>COMMENT:  PMTS PROPER/CONF*REF3655143902*GEN UNS/OE***WATCH % ADJ!*** | CRED DESC:  UNSECURED  (S)<br>ACCOUNT NO.:  9001 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM:  10,163.58<br>COMMENT:  SOLD*PMTS PROPER/STIP OE*PMT/DECL*DK4LMT*BGN 8/22 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  5859 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX  75266-0929 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DK4LMT*BGN 8/22*NO ARRS/CL-PL | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  1998 |
| **ABSOLUTE RESOLUTIONS INVESTMENTS LLC**<br>8000 NORMAN CENTER DR STE 350<br>BLOOMINGTON, MN  55437 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM:  531.70<br>COMMENT:  X7257/SCH*SYNC BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7339 |
| **AKRON CHILDRENS HOSPITAL**<br>POB 1750<br>AKRON, OH  44309 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2828 |
| **AKRON CHILDRENS HOSPITAL**<br>POB 1750<br>AKRON, OH  44309 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5894 |

CLAIM RECORDS

| Creditor | Claim Info | Description |
|---|---|---|
| **SCOLOPAX LLC**<br>C/O WEINSTEIN & RILEY PS(*)<br>PO BOX 93024<br>LAS VEGAS, NV  89193-3024 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 18,298.70<br>COMMENT: BEST EGG*FR PLAZA SVCS*DOC 91 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1360 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 8,019.79<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1367 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 4,905.29<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6222 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI  48090 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 6,881.04<br>COMMENT: X1825/SCH*CITIBANK/BBY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8525 |
| **CITIBANK****<br>POB 6241<br>SIOUX FALLS, SD  57117-6214 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~THD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5989 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br>WARREN, MI  48090 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 4,060.89<br>COMMENT: COMENITY/KAY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8342 |
| **CREDIT MANAGEMENT COMPANY**<br>FOSTER PLAZA BUILDING 7<br>661 ANDERSEN DR STE 110<br>PITTSBURGH, PA  15220 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **US DEPARTMENT OF EDUCATION**<br>C/O DEPARTMENT OF EDUCATION/MOHELA<br>PO BOX 790233<br>ST LOUIS, MO  63179 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 0.00<br>COMMENT: OE=CL DUE 10/26/23~CL LATE*C=150,424.28*442/PL X60+2=LMT@SPECIAL*DK | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 9637 |
| **GREENSKY LLC****<br>PO BOX 2153 DEPT #3025<br>BIRMINGHAM, AL  35287-3025 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 11,529.33<br>COMMENT: THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9060 |
| **GOLDMAN SACHS BANK USA**<br>111 MAIN ST 8TH FL<br>SALT LAKE CITY, UT  84101 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2485 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **MED DATA SYSTEM**<br>POB 1149<br><br>SEBRING, FL 33871-1149 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~SHARON RGNL/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8219 |
| **MIDLAND CREDIT MANAGEMENT INC**<br>PO BOX 2037<br><br>WARREN, MI 48090 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 7,149.84<br>COMMENT: CITIBANK/THD | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3585 |
| **SALLIE MAE BANK**<br>C/O SALLIE MAE<br>PO BOX 3319<br><br>WILMINGTON, DE 19804 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 8,766.44<br>COMMENT: X5162/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6760 |
| **SALLIE MAE BANK**<br>C/O SALLIE MAE<br>PO BOX 3319<br><br>WILMINGTON, DE 19804 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 5,676.63<br>COMMENT: X3625/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6760 |
| **NAVIENT**<br>PO BOX 9500<br><br>WILKES-BARRE, PA 18773-9500 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~DSPTD/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0309 |
| **SERVICE FINANCE COMPANY LLC**<br>555 S FEDERAL HWY STE 200<br><br>BOCA RATON, FL 33432 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: *SVC FNC/SCH*SEE TRUIST@CID 35 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2685 |
| **SYNCHRONY BANK\*\***<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~WALMART/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1580 |
| **TEAM RECOVERY**<br>3914 CLOCK POINTE TRAIL<br><br>STOWE, OH 44224 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3886 |
| **TEAM RECOVERY**<br>3914 CLOCK POINTE TRAIL<br><br>STOWE, OH 44224 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4045 |
| **TEAM RECOVERY**<br>3914 CLOCK POINTE TRAIL<br><br>STOWE, OH 44224 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9081 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 105.00<br>COMMENT: X9759/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6760 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br><br>DES MOINES, IA 50309 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 2,408.50<br>COMMENT: 6408933203*XXX9505/SCH*W/34 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3203 |
| **WELTMAN WEINBERG & REIS CO LPA****<br>ATTN CH 13 BANKRUPTCY NOTICES<br>5990 WEST CREEK RD STE 200<br><br>INDEPENDENCE, OH 44131 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br><br>DES MOINES, IA 50309 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 1,025.11<br>COMMENT: CL12GOV@0%*6408933203*NO SEC/SCH-PL**%/FACE*W/32 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3203 |
| **TRUIST BANK**<br>C/O SERVICE FINANCE CO LLC<br>555 S FEDERAL HWY #200<br><br>BOCA RATON, FL 33432 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 8,841.58<br>COMMENT: UNS/OE*SCHED @ 26*DFCTV/CT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2685 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br><br>DALLAS, TX 75261-9741 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 0.00<br>COMMENT: SOLD*PMTS PROPER/STIP OE*$0/PL*THRU 7/22*$93.62 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5859 |
| **US DEPARTMENT OF EDUCATION**<br>C/O DEPARTMENT OF EDUCATION/MOHELA<br>PO BOX 790233<br><br>ST LOUIS, MO 63179 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:18-2<br><br>CLAIM: 0.00<br>COMMENT: NT/SCH*CL W/D*DOC 57*OE*DOC 58*AMD=3792.71 AFT W/D | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6760 |
| **RONDA J WINNECOUR PA ID #30399****<br>ATTN DIRECT FEES CLERK<br>US STEEL TWR STE 3250<br>600 GRANT ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 5.98<br>COMMENT: SEE DKT FOR DETAILS | CRED DESC: FEES ON DIRECT PAYMENTS<br>ACCOUNT NO.: $/OE |