**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHAEL A. THOMPSON<br>AMBER THOMPSON<br><br>          Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>          Movant<br>     vs.<br>US DEPARTMENT OF EDUCATION++<br><br>          Respondents | Case No. 22-10333JCM<br><br>Chapter 13<br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> THE CREDITOR'S MAIL HAS BEEN RETURNED BY THE POSTAL SERVICE AS UNDELIVERABLE.  NO CHANGE OF ADDRESS OR AMENDED CLAIM HAVE BEEN FILED.

| | |
|---|---|
| US DEPARTMENT OF EDUCATION++<br>C/O DEPARTMENT OF EDUCATION/MOHELA<br>PO BOX 790233<br>ST LOUIS, MO 63179 | Court claim# 19/Trustee CID# 18 |

The Movant further certifies that on 04/22/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>     original creditor<br>     putative creditor<br>     counsel for debtor(s)<br>     counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>MICHAEL A. THOMPSON, AMBER THOMPSON, 3366 MCCONNELL ROAD, HERMITAGE, PA 16148 | DEBTOR'S COUNSEL:<br>LAUREN M LAMB ESQ, STEIDL & STEINBERG PC, 436 SEVENTH AVE STE 322, KOPPERS BUILDING, PITTSBURGH, PA 15219 |
| ORIGINAL CREDITOR'S COUNSEL:<br>ASSISTANT U S ATTORNEY, 700 GRANT ST STE 4000, PITTSBURGH, PA 15219 | :<br>DEPARTMENT OF EDUCATION/MOHELA, 633 SPIRIT DR, CHESTERFIELD, MO 63005 |
| ORIGINAL CREDITOR:<br>US DEPARTMENT OF EDUCATION++, C/O DEPARTMENT OF EDUCATION/MOHELA, PO BOX 790233, ST LOUIS, MO 63179 | |
| NEW CREDITOR: | |