IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael A. Thompson and Amber Thompson, | ) | Case No. 22-10333-JCM |
| | ) | Chapter 13 |
| Debtors | ) | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐ a motion to dismiss case or certificate of default requesting dismissal

☑ a plan modification sought by: <u>Debtors to provide for increased mortgage payment.</u>

☐ a motion to lift stay
as to creditor

☐ Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated
☑ Amended Chapter 13 Plan dated    <u>October 18, 2022</u>

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☑ Debtors' Plan payments shall be changed from $ <u>2,252.00</u> to $ <u>2,383.00</u> per month, effective <u>August, 2025</u> ; and/or the Plan term shall be changed from _____ months to _____ months. _____ .

☐ In the event that Debtors fail to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtors and Debtors' Counsel a notice of default advising the Debtors that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtors fail to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtors shall file and serve _____ on or before _____ .

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☑ Other: <u>PennyMac Loan Services, LLC shall be paid $1,371.27 effective September 1, 2025 per the Notice of Mortgage Payment Change dated July 22, 2025.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 7th day of August, 2025

Dated: August 7, 2025

John C. Melaragno
United States Bankruptcy Judge

SIGNED
8/7/25 12:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/Lauren M. Lamb
Counsel to Debtors
Lauren M. Lamb, Esquire
Steidl & Steinberg, P.C.
436 Seventh Avenue, Suite 322
Pittsburgh, PA 15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

Stipulated by:

/s/James Warmbrodt
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10333-JCM |
| Michael A. Thompson | Chapter 13 |
| Amber Thompson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 5 |
| Date Rcvd: Aug 07, 2025 | Form ID: pdf900 | Total Noticed: 66 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael A. Thompson, Amber Thompson, 3366 McConnell Road, Hermitage, PA 16148-3214 |
| r | + | Jeri Hart, Berkshire Hathaway, 490 North Kerrwood Drive, Suite 202, Hermitage, PA 16148-5202 |
| cr | + | United States Of America, obo U.S. Department of Education, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219-1956 |
| 15503555 | | Akron Children's Hospital, PO Box 1757, Akron, OH 44309-1757 |
| 15503568 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 15503567 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 15503602 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 15503601 | + | Wells Fargo/Furniture Marketing Group, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 08 2025 00:22:37 | Aidvantage on behalf of Department of Education L, PO BOX 300001, GREENVILLE, TX 75403-3001 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 08 2025 00:22:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bncmail@w-legal.com | Aug 08 2025 00:03:00 | SCOLOPAX, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Ste 700, SEATTLE, WA 98101, UNITED STATES 98101-2051 |
| 15503553 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 08 2025 00:03:00 | Absolute Resolutions, 8000 Norman Center Dr, Bloomington, MN 55437 |
| 15503554 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 08 2025 00:03:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 15506685 | | Email/Text: Bankruptcy@absoluteresolutions.com | Aug 08 2025 00:03:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 15543029 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 08 2025 00:33:55 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 9635, WilkesBarre, Pa 18773-9635 |
| 15503557 | | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 08 2025 00:08:51 | Best Egg, Po Box 3999, Saint Joseph, MO 64503-0999 |
| 15503560 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2025 00:08:51 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15503558 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2025 00:09:20 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15509381 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 08 2025 00:21:29 | Capital One Bank (USA), N.A., by American |

Case 22-10333-JCM    Doc 108    Filed 08/09/25    Entered 08/10/25 00:28:16    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0315-1 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 07, 2025 | Form ID: pdf900 | Total Noticed: 66 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15503562 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 08 2025 00:21:14 | Citibank/Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 15503563 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 08 2025 00:21:26 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15503564 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 08 2025 00:10:05 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15503565 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 08 2025 00:03:00 | Comenity Bank/Kay Jewelers, PO Box 182273, Columbus, OH 43218-2273 |
| 15503566 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 08 2025 00:04:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15503573 | | Email/Text: administrative@foundationfinance.com | Aug 08 2025 00:04:00 | Foundation Finance Company, Attn: Bankruptcy, Po Box 437, Schofield, WI 54476 |
| 15503570 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 08 2025 00:03:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15503569 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 08 2025 00:03:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |
| 15508136 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 08 2025 00:03:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15503571 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 08 2025 00:03:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 15503572 | + | Email/Text: administrative@foundationfinance.com | Aug 08 2025 00:04:00 | Foundation Finance Company, 7802 Meadow Rock Drive, Weston, WI 54476-5262 |
| 15525098 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 08 2025 00:04:00 | Foundation Finance Company, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 15503575 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 08 2025 00:03:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15503574 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 08 2025 00:03:00 | Goldman Sachs Bank USA, Lockbox 6112, Philadelphia, PA 19170-0001 |
| 15521310 | + | Email/Text: bankruptcy@greenskycredit.com | Aug 08 2025 00:03:00 | Greensky,LLC/Home Depot Loan, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 15645143 | | Email/Text: EBN@Mohela.com | Aug 08 2025 00:03:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 15503577 | + | Email/Text: MDSBankruptcies@meddatsys.com | Aug 08 2025 00:03:00 | Med Data Systems, Attn: Bankruptcy, 2001 9th Ave, Ste 312, Vero Beach, FL 32960-6413 |
| 15503576 | + | Email/Text: MDSBankruptcies@meddatsys.com | Aug 08 2025 00:03:00 | Med Data Systems, 755 West Nasa Boulevard, Melbourne, FL 32901-1815 |
| 15503578 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 08 2025 00:04:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 15511358 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 08 2025 00:04:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15503579 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 08 2025 00:03:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 15503580 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 08 2025 00:03:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 15525435 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 08 2025 00:03:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15657673 | + | Email/Text: RASEBN@raslg.com | | |

Case 22-10333-JCM    Doc 108    Filed 08/09/25    Entered 08/10/25 00:28:16    Desc
Imaged Certificate of Notice    Page 6 of 8

| District/off: 0315-1 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 07, 2025 | Form ID: pdf900 | Total Noticed: 66 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Aug 08 2025 00:03:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15503583 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 08 2025 00:21:45 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15503581 | ^ | MEBN | Aug 07 2025 23:51:35 | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 15503586 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 08 2025 00:09:27 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15503585 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 08 2025 00:33:58 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15503589 | | Email/Text: info@plazaservicesllc.com | Aug 08 2025 00:03:00 | Plaza Services, LLC, 110 Hammond Drive, Suite 110, Atlanta, GA 30328 |
| 15503590 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 08 2025 00:03:00 | PNC, c/o Bankcard Services, Po Box 15286, Wilmington, DE 19850-5286 |
| 15503588 | + | Email/PDF: ebnotices@pnmac.com | Aug 08 2025 00:21:28 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15503587 | + | Email/PDF: ebnotices@pnmac.com | Aug 08 2025 00:23:12 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15515368 | + | Email/PDF: ebnotices@pnmac.com | Aug 08 2025 00:21:24 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15508444 | + | Email/Text: documentfiling@lciinc.com | Aug 08 2025 00:03:00 | Plaza Services, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15515890 | | Email/Text: ebn_bkrt_forms@salliemae.com | Aug 08 2025 00:04:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 15696100 | + | Email/Text: bncmail@w-legal.com | Aug 08 2025 00:03:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Suite 700, Seattle, WA 98101-2051 |
| 15503592 | + | Email/Text: servicing@svcfin.com | Aug 08 2025 00:03:00 | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 15503591 | + | Email/Text: servicing@svcfin.com | Aug 08 2025 00:03:00 | Service Finance Company, 555 S Federal Highway, Boca Raton, FL 33432-6033 |
| 15503883 | ^ | MEBN | Aug 07 2025 23:51:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15503593 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 08 2025 00:09:57 | Synchrony Bank/Wal-Mart, PO Box 530927, Atlanta, GA 30353-0927 |
| 15503594 | | Email/Text: team@teamrecovery.com | Aug 08 2025 00:03:00 | Team Recovery, Inc, 3928 Clock Pointe Trail, Stow, OH 44224 |
| 15503597 | + | Email/Text: team@teamrecovery.com | Aug 08 2025 00:03:00 | Team Recovery, Inc, Attn: Bankruptcy, Po Box 1643, Stowe, OH 44224-0643 |
| 15521422 | + | Email/Text: bankruptcy@bbandt.com | Aug 08 2025 00:03:00 | Truist Bank, c/o Service Finance Co., LLC, 555 S Federal Hwy #200, Boca Raton FL 33432-6033 |
| 15503600 | + | Email/Text: BankruptcyNotice@upmc.edu | Aug 08 2025 00:04:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15520478 | | Email/Text: BNCnotices@dcmservices.com | Aug 08 2025 00:03:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15517133 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 08 2025 00:21:28 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15503603 | + | Email/Text: pitbk@weltman.com | Aug 08 2025 00:03:00 | Weltman Weinberg & Reis, 436 7th Ave., Suite 2500, Pittsburgh, PA 15219-1842 |

Case 22-10333-JCM    Doc 108    Filed 08/09/25    Entered 08/10/25 00:28:16    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0315-1 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 07, 2025 | Form ID: pdf900 | Total Noticed: 66 |

TOTAL: 58

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15503556 | * | Akron Children's Hospital, PO Box 1757, Akron, OH 44309-1757 |
| 15503561 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15503559 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 16557129 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 15645222 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 15503584 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 15503582 | *+ | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 15503595 | *P++ | TEAM RECOVERY INC, PO BOX 1643, STOW OH 44224-0643, address filed with court:, Team Recovery, Inc, 3928 Clock Pointe Trail, Stow, OH 44224 |
| 15503596 | *P++ | TEAM RECOVERY INC, PO BOX 1643, STOW OH 44224-0643, address filed with court:, Team Recovery, Inc, 3928 Clock Pointe Trail, Stow, OH 44224 |
| 15503598 | *+ | Team Recovery, Inc, Attn: Bankruptcy, Po Box 1643, Stowe, OH 44224-0643 |
| 15503599 | *+ | Team Recovery, Inc, Attn: Bankruptcy, Po Box 1643, Stowe, OH 44224-0643 |

TOTAL: 3 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Jill Locnikar | on behalf of Creditor United States Of America jill.locnikar@usdoj.gov patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Lauren M. Lamb | on behalf of Debtor Michael A. Thompson julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Lauren M. Lamb | on behalf of Joint Debtor Amber Thompson julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;jsmalls@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |

District/off: 0315-1 | User: auto | Page 5 of 5
Date Rcvd: Aug 07, 2025 | Form ID: pdf900 | Total Noticed: 66

Matthew Fissel
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Michelle L. McGowan
    on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Roger Fay
    on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net  bkecf@milsteadlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10