**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHAEL A. THOMPSON<br>AMBER THOMPSON<br><br>    Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>    vs.    Movant<br>GREENSKY LLC**++<br><br>    Respondents | Case No. 22-10333JCM<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

   The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

>    CREDITOR'S MAILING ADDRESS PER THE PROOF OF CLAIM IS DEFUNCT ACCORDING TO THE POSTAL SERVICE.  NO AMENDED CLAIM OR CHANGE OF ADDRESS HAS BEEN RECEIVED.

| | |
|---|---|
| GREENSKY LLC**++<br>PO BOX 2153 DEPT #3025<br>BIRMINGHAM, AL 35287-3025 | Court claim# 14/Trustee CID# 19 |

The Movant further certifies that on 10/20/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>    original creditor<br>    putative creditor<br>    counsel for debtor(s)<br>    counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>MICHAEL A. THOMPSON, AMBER THOMPSON, 3366 MCCONNELL ROAD, HERMITAGE, PA  16148 | DEBTOR'S COUNSEL:<br>LAUREN M LAMB ESQ, STEIDL & STEINBERG PC, 436 SEVENTH AVE STE 322, KOPPERS BUILDING, PITTSBURGH, PA  15219 |
| :<br>GREENSKY LLC(*), 6125 LAKEVIEW RD STE 800, CHARLOTTE, NC  28269 | ORIGINAL CREDITOR'S COUNSEL:<br>GREENSKY LLC**, ATTN BANKRUPTCY NOTICING, PO BOX 2730, ALPHARETTA, GA  30023 |
| ORIGINAL CREDITOR:<br>GREENSKY LLC**++, PO BOX 2153 DEPT #3025, BIRMINGHAM, AL  35287-3025 | |
| NEW CREDITOR: | |